COOLEY LLP
Bobby Ghajar, CA Bar No. 198719 (pro hac vice application pending)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:  (310) 883-6400
Facsimile:   (310) 883-6500

Brian J. Focarino, CA Bar No. 305382 (pro hac vice application pending)
(bfocarino@cooley.com)
500 Boylston Street, 14th Floor
Boston, Massachusetts 02116
Telephone:  (617) 937-2300
Facsimile:   (617) 937-2400

BRYAN CAVE LEIGHTON PAISNER LLP, #145700
George C. Chen, AZ Bar No. 019704
george.chen@bclplaw.com
Matt Stanford, AZ Bar No. 037168
matt.stanford@bclplaw.com
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone:  +1 602 364 7000
Facsimile:   +1 602 364 7070

Attorneys for Defendant
GOOGLE LLC

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lance M. Benedict, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>Google LLC, a Delaware Corporation and Does 1 through 100, inclusive,<br><br>Defendants. | No. CV-23-02392-PHX-JJT<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Pursuant to LRCiv 7.3, the parties hereby stipulate and agree that Defendant Google LLC may have an additional thirty-day extension, through and including January 20, 2024, in which to file its response to Plaintiff Lance M. Benedict's complaint. After several detailed email communications in which Defendant's counsel outlined

609638396.1

Defendant's anticipated motion to dismiss the Complaint, the parties had a productive one-hour meet and confer telephone call on December 18, 2023. During that call, the parties discussed what Defendant believes are defects with the claims in the complaint, including Defendant's position that it is not the proper defendant. Plaintiff has indicated that he is considering whether to voluntarily dismiss the complaint against Defendant if the parties can reach a resolution. Otherwise, Plaintiff indicates that he intends to file an amended complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure, with Defendant reserving all rights as to whether an amended complaint could cure the defects.

       An additional extension of time will permit Plaintiff to make that decision without requiring Defendant to file a motion in response to a complaint that may be mooted by amendment or dismissal.

Dated: December 19, 2023

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ George Chen
George C. Chen
Matt Stanford
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Telephone: +1 602 364 7000
Facsimile: +1 602 364 7070
Email: george.chen@bclplaw.com
matt.stanford@bclplaw.com

COOLEY LLP
Bobby Ghajar
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

Brian J. Focarino
(bfocarino@cooley.com)
500 Boylston Street, 14th Floor
Boston, Massachusetts 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Defendant
GOOGLE LLC


By: /s/ Lance M. Benedict*
Lance M. Benedict
3915 North Brooklyn Drive
Buckeye, Arizona 85396
Planet13@me.com
Plaintiff Pro Per

*with permission

## CERTIFICATE OF SERVICE

I hereby certify that on ____December 20,_____, 2023_, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and mailed a copy to:

Lance Benedict
3915 North Brooklyn Drive
Buckeye, Arizona 85396
Planet13@me.com
Plaintiff Pro Per

/s/ Lisa Remus

609638396.1

- 4 -